UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:25−cv−01148−HYJ−PJG

   v.                            Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above−captioned case was filed in this court on September 25, 2025 .    The case has been assigned to Hala Y. Jarbou .

CLERK OF COURT

Dated:  September 25, 2025    By:   /s/ M. Carlson_____
                                  Deputy Clerk