# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>        Defendants. | CIVIL ACTION<br><br>Case No. 1:25-cv-1148-HYJ-PJG<br><br>Hon. Hala Y. Jarbou |

**LOCAL RULE 7.3(b)(ii) CERTIFICATE OF COMPLIANCE REGARDING PROPOSED INTERVENORS' MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE**

Pursuant to Local Civil Rule 7.3(b)(ii), I certify that the foregoing brief consists of 4,283 words, excepting those portions excluded under Local Civil Rule 7.3(b)(i). The word count above was determined using the word count function of Microsoft Word, version 2509.

Dated: September 30, 2025

                                              Respectfully submitted,
                                              */s/ Sarah S. Prescott*
                                              Sarah S. Prescott
                                              **SALVATORE PRESCOTT PORTER & PORTER**
                                              105 E. Main St.
                                              Northville, MI 48167
                                              Telephone: 248-679-8711
                                              prescott@spplawyers.com

## **CERTIFICATE OF SERVICE**

      I certify that on September 30, 2025, I caused to be filed the foregoing document and with the Clerk of the Court using the Court's ECF system, which will send notice and a copy of such filing to all counsel of record.

Dated:  September 30, 2025        */s/ Sarah S. Prescott*
                                                       Sarah S. Prescott