# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>     Defendants. | CIVIL ACTION<br><br>Case No. 1:25-cv-1148-HYJ-PJG<br><br>Hon. Hala Y. Jarbou |

## L. Civ. R. 7.1(d) CERTIFICATE OF COMPLIANCE REGARDING PROPOSED INTERVENORS' MOTION TO INTERVENE

Pursuant to L. Civ. R. 7.1(d), counsel for Proposed Intervenors emailed counsel for Plaintiff to ask their position on this motion. On September 29, 2025, counsel for Plaintiff stated that Plaintiff would need to review the motion itself before deciding Plaintiff's position but that Plaintiff "would in all likelihood oppose such a motion." On September 30, 2025, an attorney at the Michigan Attorney General's office informed counsel for Proposed Intervenors that the State Defendants do not concur in the motion, however, they will not oppose it.

Dated: September 30, 2025

                 Respectfully submitted,

                 */s/ Sarah S. Prescott*
                 Sarah S. Prescott
                 **SALVATORE PRESCOTT PORTER & PORTER**
                 105 E. Main St.
                 Northville, MI 48167
                 Telephone: 248-679-8711
                 prescott@spplawyers.com

        Aria Branch
        Joshua Abbuhl*
        Branden Lewiston*
        Derek A. Zeigler*
        **ELIAS LAW GROUP**
        250 Massachusetts Ave NW, Suite 400
        Washington, DC 20001
        Telephone: (202) 968-4490
        Facsimile: (202) 968-4498
        abranch@elias.law
        jabbuhl@elias.law
        blewiston@elias.law
        dzeigler@elias.law
        *Applications Forthcoming
        *Attorneys for Proposed Intervenors*

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2025, I caused to be filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notice and a copy of such filing to all counsel of record.

Dated:  September 30, 2025               */s/ Sarah S. Prescott*
                                                       Sarah S. Prescott