UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     Plaintiff,

    v.                                     Case No. 1:25-cv-01148

JOCELYN BENSON in her official
capacity as Secretary of the State of
MICHIGAN and the STATE OF
MICHIGAN.

     Defendants.

_____/

**MOTION FOR A STAY OF PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

     The United States of America hereby moves for a stay of proceedings in the above-captioned case.

     1.     At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed.  The Department does not know when funding will be restored by Congress.

     2.     Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

     3.     Undersigned counsel for the Department of Justice therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5.     The United States has not yet received proof of service of the lawsuit on Defendants.  However, the United States has been in touch with the Attorney General's office and informed them that this motion would be forthcoming in the event of a shutdown.  The United States will informally provide a copy of this motion via email to the Attorney General.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division


/s/ Eric Neff
ERIC V. NEFF
TIMOTHY F. MELLETT
Trial Attorneys, Voting Section
Civil Rights Division
150 M St. NE, Ste 8-139
Washington, DC 20009
Eric.Neff@usdoj.gov
Timothy.F.Mellett@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States