UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:25–cv–01148–HYJ–PJG

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the United States of America's Motion for a Stay of Proceedings in Light of Lapse of Appropriations (ECF No. 8), **IT IS ORDERED** that the United States of America's motion (ECF No. 8) is **GRANTED IN PART** and **DENIED IN PART**. The motion to stay the entire case is denied. The deadline to respond to Intervenor Parties Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando's motion to intervene (ECF No. 5) is extended until **November 13, 2025**.

IT IS SO ORDERED.

Dated: October 2, 2025

   /s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge