FILED GR
October 9, 2025 9:42 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: dm /10/9

AO 440 (Rev

## SUMMONS IN A CIVIL ACTION
### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

United States of America

v.

Jocelyn Benson et al

Case No. 1:25-cv-1148
Hon. Hala Y. Jarbou

TO: Michigan, State of
ADDRESS: Office of the Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Eric Neff
U.S. Department of Justice (CIV-Voting Section)
4 Constitution Square
150 M St. NE, Ste. 8-139
Washington, DC 20002

CLERK OF COURT



By Deputy Clerk

September 26, 2025
Date

### PROOF OF SERVICE

This summons for __Michigan, State of__ (name of individual and title, if any) was received by me on __9-29-25__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Richard Tharrett - Correspondence Manager__ (name of individual), who is designated by law to accept service of process on behalf of __State of Michigan - Gov's Office__ (name of organization) on __10-8-25__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify): _____.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.

Date: __10-8-25__

[signature]
Server's signature

Benjamin D. Walkington, SPMSM
Server's printed name and title

110 Michigan St NW, Ste 744, GR, MI 49503
Server's address

Additional information regarding attempted service, etc.:
The AG's office stated they could not accept on behalf of the State and directed me to the Gov's Office for service.

AO 440 (Rev

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

United States of America

v.

Jocelyn Benson et al

Case No. 1:25-cv-1148
Hon. Hala Y. Jarbou

TO: Jocelyn Benson
ADDRESS: Office of the Secretary of State
Richard H. Austin Building, 4th floor
430 W. Allegan
Lansing, MI 48918

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P O Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Eric Neff
U.S. Department of Justice (CIV-Voting Section)
4 Constitution Square
150 M St. NE, Ste. 8-139
Washington, DC 20002

CLERK OF COURT

By Deputy Clerk

September 26, 2025
Date

## PROOF OF SERVICE

This summons for __Jocelyn Benson__ (name of individual and title, if any) was received by me on __9-29-25__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on ~~Erik~~ __Halima el-Sulayman, Executive Asst.__ (name of individual), who is designated by law to accept service of process on behalf of __Jocelyn Benson - Sec. of State__ (name of organization) on __10-8-25__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under the penalty of perjury that this information is true.

Date: __10-8-25__

Server's signature: BDWely

Benjamin D. Walkington, SDUSM
Server's printed name and title

110 Michigan St NW, Ste 744, GR, MI 49503
Server's address