UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JOCELYN BENSON, in her official capacity as Secretary of State of Michigan and the STATE OF MICHIGAN,

    Defendants.

No. 1:25-cv-01148

HON. HALA Y. JARBOU

MAGISTRATE JUDGE PHILLIP J. GREEN

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE FIRST RESPONSIVE PLEADING**

Defendants, through counsel, move this Court to extend Defendants' time to file their first responsive pleading by 14 days, and state in support:

1. Plaintiff's complaint was served upon Defendants on October 8, 2025.

2. By court rule, the Defendants first responsive pleading is due October 29, 2025. *See* Fed. R. Civ. P. 12(a)(1)(a)(i).

3. Counsel for Defendants are also lead counsel and/or assisting in an evidentiary hearing on a motion for preliminary injunction scheduled before the Honorable Jane Beckering in the case of *Bethany Christian Services, et al. v. Corbin, et al.*, 24-922, to be held on October 31, 2025. The hearing was previously scheduled for November 13, 2025.

4. Preparations for the hearing include several depositions, along with witness and exhibit preparations over the next eight days.

5.      Given the accelerated preparations for the evidentiary hearing, Defendants and their undersigned counsel request an extension of time to file their first responsive pleading.

6.      Federal Rule of Civil Procedure 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made before the original time or its extension expires."

7.      Defendants submit that they have good cause for an extension and that the relatively short extension requested will cause no prejudice to Plaintiff or this Court given the case is in its early stages, and no request for expedited relief has yet been sought by Plaintiff.

8.      Further, on October 17, 2025, Plaintiff's counsel indicated that they do not oppose the motion for an extension.

9.      For these reasons and those stated in the accompanying brief in support, Defendants respectfully request that this Honorable Court enter an order extending Defendants time to file their first responsive pleading by 14 days, making their answer or motion to dismiss due November 12, 2025.

10.     Pursuant to W.D. Mich. L.R. 7.1(d), counsel for Defendants contacted counsel for Plaintiff via email on October 17, 2025, to seek concurrence in the motion. Plaintiff's counsel indicated they do not concur in the motion but will not oppose the motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting Defendants' motion and extending Defendants' time to file

their first responsive pleading by 14 days, making their answer or motion to dismiss due November 12, 2025.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated:   October 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439