UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JOCELYN BENSON, in her official capacity as Secretary of State of Michigan and the STATE OF MICHIGAN,

    Defendants.

No. 1:25-cv-01148

HON. HALA Y. JARBOU

MAGISTRATE JUDGE PHILLIP J. GREEN

# BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE FIRST RESPONSIVE PLEADING

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant Benson
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
P55439

Dated:  October 22, 2025

## TABLE OF CONTENTS

                                                                                          <u>Page</u>

Table of Contents ............................................................................................................. i

Index of Authorities ........................................................................................................ ii

Concise Statement of Issue Presented ........................................................................... iii

Controlling or Most Appropriate Authority .................................................................. iii

Statement of Facts ........................................................................................................... 1

Argument ......................................................................................................................... 2

I.      Defendants' motion to extend time to file their first responsive pleading should be granted where there is good cause to do so and an extension will not prejudice Plaintiff. ............................................................... 2

Conclusion and Relief Requested .................................................................................. 2

## INDEX OF AUTHORITIES

Page

**Cases**

*Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488 (6th Cir. 2013) ....................... 2

**Rules**

Fed. R. Civ. P. 6(b)(1)(A)........................................................................................iii, 2

Fed. R. Civ. P. 12(a)(1)(a)(i)....................................................................................iii, 1

## CONCISE STATEMENT OF ISSUE PRESENTED

1. Should Defendants' motion to extend time to file their first responsive pleading be granted where there is good cause to do so and an extension will not prejudice Plaintiff?

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

*Authority*:

Fed. R. Civ. P. 12(a)(1)(a)(i)
Fed. R. Civ. P. 6(b)(1)(A)
*Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488 (6th Cir. 2013)

## STATEMENT OF FACTS

Plaintiff's complaint was served on Defendants on October 8, 2025. By court rule, the Defendants first responsive pleading is due October 29, 2025. *See* Fed. R. Civ. P. 12(a)(1)(a)(i).

Counsel for Defendants are also lead counsel and/or assisting in an evidentiary hearing on a motion for preliminary injunction scheduled before the Honorable Jane Beckering in the case of *Bethany Christian Services, et al. v. Corbin, et al.*, Case No. 24-922 (W.D. Mich.), to be held on October 31, 2025. The hearing was previously scheduled for November 13, 2025. Preparations for the hearing include several depositions, along with witness and exhibit preparations over the next eight days.

Given the accelerated preparations for the evidentiary hearing, Defendants and their undersigned counsel find it necessary to request an extension of time to file their first responsive pleading in this case. The instant case presents novel arguments by the United States regarding access to sensitive information of Michigan's 8.2 million registered voters.[1] Defendants seek to have adequate time to prepare a response to Plaintiff's complaint and thus request an additional 14 days to file their first responsive pleading.

---

[1] *See* Voter registration statistics (accessed October 22, 2025.)

## ARGUMENT

I. **Defendants' motion to extend time to file their first responsive pleading should be granted where there is good cause to do so and an extension will not prejudice Plaintiff.**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made before the original time or its extension expires." The decision to extend a time limit is within the discretion of the district court. *Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488, 489 (6th Cir. 2013).

For the reasons set forth above, Defendants submit that they have good cause to request a relatively short extension of time in which to file their first responsive pleading. The extension should cause no prejudice to Plaintiff or this Court given the case is in its early stages, and no request for expedited relief has yet been sought by Plaintiff. Further, on October 17, 2025, Plaintiff's counsel indicated that they do not oppose Defendants' motion for an extension.

## CONCLUSION AND RELIEF REQUESTED

Defendants respectfully request that this Honorable Court enter an order granting Defendants' motion and extending Defendants' time to file their first responsive pleading by 14 days, making their answer or motion to dismiss due November 12, 2025.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated: October 22, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)