UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

JOCELYN BENSON, in her official capacity as Secretary of State of Michigan and the STATE OF MICHIGAN,

    Defendants.

No. 1:25-cv-01148

HON. HALA Y. JARBOU

MAGISTRATE JUDGE PHILLIP J. GREEN

## CERTIFICATE OF CONCURRENCE

In accordance with W.D. Mich. LCivR 7.1(d), the undersigned hereby certifies that on October 17, 2025, she contacted Plaintiff's counsel via email to ascertain whether Defendants' Motion to Extend Time to File First Responsive Pleading would be opposed. Plaintiff's counsel indicated that they would not oppose the motion for extension.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated: October 22, 2025

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                                *s/Heather S. Meingast*
                                                Heather S. Meingast (P55439)
                                                P.O. Box 30736
                                                Lansing, Michigan 48909
                                                517.335.7659
                                                Email: meingasth@michigan.gov
                                                P55439