UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:25−cv−01148−HYJ−PJG

v.                                  Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

        Defendants.
_____/

## ORDER

The Court having reviewed Defendants' Motion to Extend Time to File First Responsive Pleading (ECF No. 11), **IT IS ORDERED** that Defendants' motion (ECF No. 11) is **GRANTED** and the deadline is extended until **November 12, 2025**.

IT IS SO ORDERED.

Dated: October 27, 2025                          /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                          Chief United States District Judge