# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,

*Defendants*.

Case No. 1:25−cv−1148-HYJ-PJG

## DECLARATION OF LYNNE KOCHMANSKI

Pursuant to 28 U.S.C. § 1746, I, Lynne Kochmanski, declare as follows:

1. I am an adult resident of the State of Michigan and an eligible, registered voter.

2. I serve as the Co-President of the League of Women Voters of Michigan ("LWVMI" or the "League"), a position I have held since July 2025. Prior to starting my current position, I served as President of the League of Women Voters of Washtenaw County and the Observer Corps Director for LWVMI. I have been a member of LWVMI since March 2017.

3. The League is a nonpartisan, nonprofit, membership-based organization that encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy.

4. LWVMI is the Michigan affiliate of the League of Women Voters ("LWV"), which was founded in 1920 as an outgrowth of the struggle for voting rights for women. LWV has

more than one million members and supporters and has a presence in more than 750 communities in all 50 states and the District of Columbia.

5. LWVMI has over 3,000 members across Michigan, with 33 local leagues in counties, municipalities, and regions throughout the state. In addition to its members, LWVMI relies on volunteers across Michigan, including for its efforts around voter registration. In 2024, League volunteers logged at least 37,460 volunteer hours.

6. LWVMI and its members pursue their shared goal of expanding political participation in Michigan by conducting nonpartisan voter registration drives, providing educational materials for voters, holding candidate forums, running voter education workshops, conducting get out the vote ("GOTV") efforts, and sending "action alerts" on issues important to its members to encourage those members to engage on those issues, among other activities.

7. As one of Michigan's oldest and most well-established organizations committed to voting rights and voter participation, the League relies on publicly available election information and works with election officials.

8. During the 2024 election cycle, LWVMI registered at least 11,441 voters and held around 2,535 in-person voter education or voter registration events. These included drives in under-resourced communities, at high schools and colleges, and at naturalization ceremonies.

9. In 2024, LWVMI prepared information for voters about all of the candidates on the ballot. At least 340,980 users viewed that information on VOTE411.org, LWV's website for election-related information. LWVMI and local Leagues also distributed about 700,000

GOTV flyers, postcards, doorhangers, voter guides, or palm cards. LWVMI also engaged about a million people in its GOTV efforts through radio, social media, and billboards.

10. In 2024, LWVMI and local Leagues across the state also conducted around 237 candidate forums, including a statewide forum for Michigan's Supreme Court Candidates.

11. LWVMI has worked tirelessly to protect, preserve, and expand the voting rights of its members and all Michigan voters. This has included advocating, alongside a coalition of Michigan-based organizations, for Proposal 2 in 2022. Proposal 2 amended the Michigan Constitution to provide for early voting in federal and state elections, a right to join a permanent absentee ballot list, more absentee ballot drop boxes in many communities, and a number of other voter protections. LWVMI also helped collect signatures for the successful 2018 ballot initiative that created an independent redistricting commission for Michigan.  The League has also participated in litigation in support of these efforts to protect and expand voting rights in Michigan. *See e.g. Daunt v. Benson,* 999 F.3d 299 (6th Cir., 2021) (*amicus* brief in support of constitutionality of Michigan's Independent Citizens Redistricting Commission)

12. LWVMI has staunchly opposed rollbacks of voter protections by opposing proposals to require documentary proof of citizenship to register to vote in Michigan.

13. LWVMI has also supported efforts to increase access to voter registration and ensure transparent and accurate state voter rolls.

14. In 2021-2022 Legislative Session, the League acted on approximately 100 pieces of legislation, through taking a public position, testifying in committee hearings, and sending action alerts to its members.  For the 2023-2024 Legislative Session, the League acted on approximately 200 pieces of legislation.

15. Alongside this work, LWVMI has taken action to combat misinformation about the safety and security of elections in Michigan, particularly by creating educational materials. As part of its efforts to educate voters and Michigan residents, the League publishes information on its website, creates high-quality written materials, and hosts statewide webinars and community forums to ensure its members and the public have access to accurate and updated information on the rules of Michigan elections. To combat misinformation, the League also observed most of the Boards of Canvassers in Michigan's 83 counties, which certified the results of the November 5, 2024 election.

16. The League's educational efforts focus on critical issues facing democratic systems in Michigan and nationwide, including immigration and voting, efficient electoral systems, federal and state legislation to require documentary proof of citizenship for voter registration, absentee voting, constitutional rights, civic engagement, and the separation of powers.

17. As politically active residents of Michigan, the vast majority of LWVMI's members and volunteers are registered voters, who provided information to the Michigan Secretary of State's office to register. This includes their full name, date of birth, residential address, and their state driver's license number, non-driver photo ID number, or the last four digits of their Social Security number. My understanding is that when these members provided their information, they believed it would remain confidential and protected within the limits of applicable state and federal laws.

18. The issues in this case directly relate to LWVMI's mission because they implicate voters' personal data, and therefore their willingness and ability to register to vote. Michigan residents who learn that the federal government has their data, or will be able to access

their data at will, may be less likely to register to vote. Already, League volunteers tell me that common reasons for declining to register to vote include fear of providing a Social Security number and other confidential data. Older voters especially worry how that could affect their Social Security payments. If potential registrants know the federal government could access all their data at any time, based on my experience doing voter registration work, it will make even more people hesitant to register. Those who are already registered may be less likely to speak up on issues important to the League and engage in public activities, such as voter registration drives if they know the federal government has their personal information and could take retaliatory actions against them or the League for it. The League would also need to finance and execute programs to educate voters on how their data is being used by the federal government and to explain why eligible citizens should register and vote in spite of these programs. These efforts would frustrate our mission and divert the time and resources of LWVMI and all 33 local leagues.

19. The League's activities, described above, will be negatively impacted if the federal government is able to freely access sensitive data about all Michigan voters.

20. Specifically, LWVMI is concerned that the civic participation of its members will be frustrated if its members' sensitive private information is disclosed to USDOJ, particularly to be used for improper purposes. The League is concerned that Michigan residents will be more hesitant to register to vote, advocate for or against legislation, respond to action alerts, or prepare candidate forums for fear that their data will be misused for retaliation or harassment from the federal government. LWVMI may then have to spend more time and money on convincing voters to register. USDOJ's aggressive demands for this data and lack of legitimate explanations for its proposed use amplify these concerns, because voters

will likely be concerned that their sensitive personal information will potentially be used for unauthorized uses.

21. Among the League's most basic interests is protecting the voting and privacy rights of its members and all Michigan residents with whom it interacts. The federal government's demands for voter data interferes with these interests for the reasons stated above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on October 29, 2025 in  Washtenaw County, MI.
/s/ _Lynne Kochmanski_
Lynne Kochmanski