# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

Case No. 1:25−cv−01148−HYJ−PJG

JOCELYN BENSON in her official capacity as Secretary of the State of MICHIGAN and the STATE OF MICHIGAN.

*Defendants*.

## DECLARATION OF AEDIN CLEMENTS

Pursuant to 28 U.S.C. § 1746, I, Aedin Clements, declare as follows:

1.  I am an adult resident of the State of Michigan and an eligible, registered voter.

2.  I moved to the United States from Ireland as the spouse of a U.S. citizen and became a green card holder in 1990. I became a naturalized U.S. citizen in 2004 and registered to vote shortly thereafter.

3.  I have been a resident of Michigan since 1996. I moved to Kalamazoo County in 1996 and have been registered to vote in Kalamazoo County since 2004. I first registered in Kalamazoo Township, and then, after moving thirteen years ago, in the City of Kalamazoo. I regularly vote.

4.  When I registered to vote, I provided the required information including, to the best of my recollection, my name, address, date of birth, and either my driver's license number or the last four digits of my social security number. At the time that the data was submitted, I thought that it would be kept confidential.

5. I received a library degree from University College Dublin (Ireland) in 1982. I worked as a librarian in public, special and academic libraries from 1983 until I retired in 2023. I also received a master's degree in English from Western Michigan University in 2014.

6. In addition to my work with the League of Women Voters, I am an active member of my church community and a volunteer poll worker.

7. I joined the League of Women Voters of Michigan ("LWVMI" or the "League") in 2012 when I was trying to learn more about the electoral system as my husband, Paul Clements, was running for congressional office. I had already attended forums organized by the League, and in my capacity as a reference librarian, had found the League's information resources to be invaluable. I joined because I found LWVMI to be an impartial, trusted source of information and I was interested in helping voters become more informed.

8. I have been the Co-President of my local League in Kalamazoo County since 2024. Previously, I served as the local League's Board Secretary beginning in 2017.

9. My work in the League has included managing the distribution of the Kalamazoo League's Voter Guide to inform voters what is on their ballots. The guide provides nonpartisan information about the upcoming elections, including what offices are on the ballot and candidate statements. I organize about forty League members' distribution of the guide to libraries, municipal offices, social service agencies, restaurants, and other high-traffic areas.

10. I have also participated in a series of presentations regarding new Michigan voting laws and hosted trainings about recognizing and combating misinformation.

11. I understand that the United States Department of Justice has filed a lawsuit against the Michigan Secretary of State and the State of Michigan seeking Michigan's complete, non-

public voter registration file, including voters' driver's license numbers and partial social security numbers.

12. I am extremely worried about, and object to, the Department of Justice's attempt to compel the production of this sensitive data.

13. First,  I am concerned about the security of my personal data, particularly considering recent public reporting about data mishandling by individuals in the federal government who may not be experienced in handling sensitive data. I have experience in database management and understand the inherent difficulties and risks of managing large amounts of sensitive information. Because I worry that my data could be leaked or compromised, I object to my data being available to a wider group of individuals or agencies than are required to be able to access it.

14. Second, I am concerned that the federal government's efforts to compel and obtain this data may adversely impact  U.S. citizens born abroad, including those that the League works to engage. I know and work with naturalized citizens and worry that they will be discouraged from participating in the political process if they know their data will be widely shared. Further, I am aware of public reporting that suggests that the Department of Justice's plans to compare Michigan's non-public voter registration file to other federal databases and worry that the difference in the documentation, including birth certificates, provided to U.S. citizens born abroad and naturalized U.S. citizens will lead to database mismatches.

15. For above-mentioned reasons, I object to the Department of Justice's demand for Michigan's non-public voter registration file, including my own voter data.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 29, 2025 in Kalamazoo, Michigan.

/s/*Aedin Clements*

Aedin Clements