# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

JOCELYN BENSON in her official capacity as Secretary of the State of MICHIGAN and the STATE OF MICHIGAN.

*Defendants*.

Case No. 1:25−cv−01148−HYJ−PJG

### DECLARATION OF LYNDA FOLEY

Pursuant to 28 U.S.C. § 1746, I, Lynda Jo Foley, declare as follows:

1. I am an adult resident of the State of Michigan and an eligible, registered voter.

2. I have been a resident of the State of Michigan since 1974. I moved to the City of Marquette in Marquette County in 2007 and have been registered to vote in Marquette County ever since. I regularly vote in all elections.

3. When I registered to vote, I provided the required information, including, to the best of my recollection, my name, address, date of birth, and either my driver's license number or the last four digits of my social security number. When I provided that information, I thought that it would be kept confidential.

4. I have been retired since 2013. Prior to retiring, I worked as a physician's assistant for a hand surgeon at Marquette General Hospital.

5. I received my bachelor's degree as a physician's assistant from Mercy College of Detroit in 1979 and my master's degree as a surgical physician's assistant from Alderson Broadus College in 2007.

6. I joined the League of Women Voters of Michigan ("LWVMI" or the "League") in 2017 when the Marquette County local League reactivated after a period of inactivity. I joined because it was a time of political upheaval, and I wanted to be part of an organization that was making a difference.

7. I currently serve as the Convenor of our local League, which is the name for one of our three co-presidents. I have held that position since July 2024. Prior to serving as the Convenor, I served as the leader of our education committee and as Co-Vice President of the local League.

8. My work with the League has included supporting the voter services committee, whose work is at the core of the League's mission. The voter services committee is responsible for producing voter registration and education materials and coordinating related events. As part of this committee, I have conducted voter registration activities, including both in-person events such as voter registration drives and online initiatives such as the creation of voter guides through VOTE411.org. Because Marquette has a high voter registration rate among eligible adults, much of our work targets newly eligible high school and college students who have more awareness of the risks associated with data privacy and may be hesitant to register for the first time with the knowledge that their data will be disclosed to Department of Justice for unknown purposes.

9. I have also been involved in the League's voter education efforts, including the development of presentations and handouts explaining the initiative petition process and relevant state ballot proposals. Potential voters often need significant education around ballot initiatives and ensuring the voters of Marquette County have the information they

need to make confident and informed decisions is a crucial part of the Marquette County League's work.

10. I understand that the United States Department of Justice has filed a lawsuit against the Michigan Secretary of State seeking Michigan's complete, non-public, voter registration file, including voters' driver's license numbers and partial Social Security numbers.

11. I am deeply concerned about, and object to, the Department of Justice's attempt to compel the production of this sensitive data for several reasons.

12. First, I object to my personal data being available to a wider group of individuals and agencies than are required to be able to access it. I am concerned that the federal government does not have an adequate justification for requesting this data. I am also concerned that this information will be accessed to determine how I voted.

13. Second, I am very concerned that the federal government's efforts to compel and obtain this data may adversely impact individuals' willingness to register to vote or create a fear of retaliation for voting, which will also have an impact on my work on behalf of the League. I am concerned that individuals will be hesitant to provide their sensitive data if they know it will be widely shared and potentially compared to inaccurate federal databases or used to advance claims about noncitizen voting. This, too, may have an adverse impact on my work in the League, particularly around voter registration. If people are fearful or unwilling to register to vote or participate in elections, the League's work towards a democracy where every person has the desire, the right, the knowledge and the confidence to participate will be frustrated.

14. For these reasons, I object to the Department of Justice's expansive request for sensitive voter data, including my own.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Executed on October 29, 2025, in Marquette, Michigan

/s/ *Lynda Jo Foley*
Lynda Jo Foley