UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

United States of America

　　　　　　　Plaintiff(s),

v.

Jocelyn Benson, et al.

　　　　　　　Defendant(s).

Case No. 1:25-cv-1148

Hon. Hala Y. Jarbou

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **League of Women Voters of Michigan** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ✔ No

2. Does party have any parent corporations? ☐ Yes ✔ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ✔ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ✔ No
   If yes, identify entity and nature of interest:

Date: 10/30/2025

/s/ Mark Brewer
(Signature)

Mark Brewer (P35661)
Goodman Acker P.C.
Two Towne Square, Suite 444
Southfield, Michigan 48076
MBrewer@goodmanacker.com