UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v<br><br>JOCELYN BENSON, in her official capacity as Secretary of State of Michigan and the STATE OF MICHIGAN,<br><br>    Defendants. | No. 1:25-cv-01148<br><br>HON. HALA Y. JARBOU<br><br>MAGISTRATE JUDGE PHILLIP J. GREEN |

### DEFENDANTS' SECOND MOTION TO EXTEND TIME TO FILE FIRST RESPONSIVE PLEADING

Defendants, through counsel, move this Court to extend Defendants' time to file their first responsive pleading by 14 days, and state in support:

1. Plaintiff's complaint was served upon Defendants on October 8, 2025.

2. By court rule, the Defendants first responsive pleading was due on October 29, 2025. *See* Fed. R. Civ. P. 12(a)(1)(a)(i).

3. On October 27, 2025, this Court granted Defendants' first motion to extend time to file their first responsive pleading to November 12, 2025.

4. However, the undersigned counsel had and continue to have several conflicting deadlines. Due to this continued press of business, Defendants move for a second extension of time to file their first responsive pleading.

1

5. Federal Rule of Civil Procedure 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if the request is made before the original time or its extension expires."

6. Defendants submit that they have good cause for an additional extension and that the extension requested will cause no prejudice to Plaintiff or this Court given the case is in its early stages, and no request for expedited relief has yet been sought by Plaintiff.

7. Further, on November 10, 2025, Plaintiff's counsel indicated that they do not oppose the motion for an extension.

8. For these reasons and those stated in the accompanying brief in support, Defendants respectfully request that this Honorable Court enter an order extending Defendants' time to file their first responsive pleading by 14 days, making their motion to dismiss due November 26, 2025.

9. Pursuant to W.D. Mich. L.R. 7.1(d), counsel for Defendants contacted counsel for Plaintiff on November 10, 2025, to seek concurrence in the motion. Plaintiff's counsel indicated they do not concur in the motion but will not oppose the motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order granting Defendants' second motion and extending Defendants' time to file their first responsive pleading by an additional 14 days, making their motion to dismiss due November 26, 2025.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated:   November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

3