UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

JOCELYN BENSON, in her official capacity
as Secretary of State of Michigan and the
STATE OF MICHIGAN,

       Defendants.

_____

No. 1:25-cv-01148

HON. HALA Y. JARBOU

MAGISTRATE JUDGE PHILLIP J.
GREEN


**BRIEF IN SUPPORT OF DEFENDANTS' SECOND MOTION TO EXTEND
TIME TO FILE FIRST RESPONSIVE PLEADING**


Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
P55439

Dated:  November 10, 2025

# TABLE OF CONTENTS

<u>Page</u>

Table of Contents.................................................................................................i

Index of Authorities.............................................................................................ii

Concise Statement of Issue Presented.............................................................iii

Controlling or Most Appropriate Authority.....................................................iii

Statement of Facts............................................................................................. 1

Argument ........................................................................................................... 1

I.     Defendants' motion to extend time to file their first responsive
       pleading should be granted where there is good cause to do so and an
       extension will not prejudice Plaintiff. ................................................. 1

Conclusion and Relief Requested ..................................................................... 2

## INDEX OF AUTHORITIES

<u>Page</u>

**Cases**

*Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488 (6th Cir. 2013) ...................... 1

**Rules**

Fed. R. Civ. P. 12(a)(1)(a)(i) ........................................................................................ iii, 1

Fed. R. Civ. P. 6(b)(1)(A) ............................................................................................. iii, 1

ii

## CONCISE STATEMENT OF ISSUE PRESENTED

1. Should Defendants' motion to extend time to file their first responsive pleading be granted where there is good cause to do so and an extension will not prejudice Plaintiff?


## CONTROLLING OR MOST APPROPRIATE AUTHORITY

<u>Authority</u>:

Fed. R. Civ. P. 12(a)(1)(a)(i)
Fed. R. Civ. P. 6(b)(1)(A)
*Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488 (6th Cir. 2013)

## STATEMENT OF FACTS

Plaintiff's complaint was served on Defendants on October 8, 2025.  By court rule, the Defendants first responsive pleading was due October 29, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(a)(i).

On October 22, 2025, Defendants filed a motion to extend time to file their first responsive pleading.

On October 27, 2025, this Court granted Defendants' motion, making their first responsive pleading due on November 12, 2025.  However, the undersigned counsel had and continue to have several conflicting deadlines.  Due to this continued press of business, Defendants seek to have adequate time to prepare a response to Plaintiff's complaint and thus request an additional 14 days to file their first responsive pleading.

## ARGUMENT

I. **Defendants' motion to extend time to file their first responsive pleading should be granted where there is good cause to do so and an extension will not prejudice Plaintiff.**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . .  if the request is made before the original time or its extension expires." The decision to extend a time limit is within the discretion of the district court. *Ott v. Fed. Home Loan Mortg. Corp.*, 535 F. App'x 488, 489 (6th Cir. 2013).

For the reasons set forth above, Defendants submit that they have good cause to request a relatively short extension of time in which to file their first responsive pleading.  The extension should cause no prejudice to Plaintiff or this Court given

the case is in its early stages, and no request for expedited relief has yet been sought by Plaintiff.   Further, on November 10, 2025, Plaintiff's counsel indicated that they do not oppose Defendants' motion for an extension.

## CONCLUSION AND RELIEF REQUESTED

Defendants respectfully request that this Honorable Court enter an order granting Defendants' second motion and extending Defendants' time to file their first responsive pleading by an additional 14 days, making their motion to dismiss due November 26, 2025.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
(P55439)

Dated:    November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)

2