UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:25–cv–01148–HYJ–PJG

v.                                    Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

        Defendants.
_____/

## ORDER

    The Court having reviewed Defendants' Second Motion to Extend Time to File First Responsive Pleading, **IT IS ORDERED** that Defendants' motion (ECF No. 19) is **GRANTED**. The deadline is extended until **November 26, 2025**. There shall be **NO FURTHER EXTENSIONS** granted.

    IT IS SO ORDERED.

Dated:  November 12, 2025                      /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                          Chief United States District Judge