UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOCELYN BENSON, et al.,

       Defendants.
_____/

Case No. 1:25-cv-01148-HYJ-PJG

Hon. Hala Y. Jarbou

## **ORDER**

The Court having reviewed the League of Women Voters of Michigan's Motion for Leave to File Reply Brief in Support of Motion to Intervene, **IT IS ORDERED** that the motion (ECF No. 27) is **GRANTED**. The Clerk of Court is directed to accept the proposed document (ECF No. 27-1) for filing.

IT IS SO ORDERED.

Dated: November 20, 2025

      /s/ Hala Y. Jarbou
      HALA Y. JARBOU
      Chief United States District Judge