UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>Defendants. | Case No. 1:25-cv-1148-HYJ-PJG<br><br>Hon. Hala Y. Jarbou |

**PROPOSED DEFENDANT-INTERVENORS MICHIGAN ALLIANCE FOR RETIRED AMERICANS, DONALD DUQUETTE, AND KEELY CRIMANDO'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PROPOSED DEFENDANT-INTERVENORS' MOTION TO INTERVENE**

Pursuant to Local Civil Rule 7.3(c), Proposed Defendant-Intervenors Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando (collectively, "Proposed Intervenors") respectfully seek leave of the Court to file a reply brief in support of their Motion to Intervene, ECF No. 5. Proposed Intervenors' proposed reply brief is attached as Exhibit 1.

This Court's rules allow parties to file reply briefs without leave of court in support of dispositive motions, W.D. Mich. LCivR 7.2(c), but leave of court is required for reply briefs in support of nondispositive motions, W.D. Mich. LCivR 7.3(c). Because denial of the motion to intervene would be dispositive as to Proposed Intervenors' participation in this case, and because DOJ has raised arguments for which Proposed Intervenors should be entitled to respond, there is good cause to grant leave for Proposed Intervenors to file a reply brief. In addition, granting the relief requested in this motion will cause no prejudice to any party: it will affect no pending

1

deadlines, and no party would be required to take any action in response to the filing of the proposed reply brief.

Pursuant to Local Civil Rule 7.1(d), counsel for Proposed Intervenor-Defendants conferred with counsel for Plaintiff and counsel for the State Defendants about their positions on this motion. On November 19, 2025, counsel for Plaintiff stated that Plaintiff opposes the motion. On November 19, 2025, counsel for the State Defendants stated that the State Defendants do not oppose the motion.

November 20, 2025

Respectfully submitted,

*/s/ Sarah S. Prescott*
Sarah S. Prescott
**SALVATORE PRESCOTT PORTER & PORTER**
105 E. Main St.
Northville, MI 48167
Telephone: 248-679-8711
prescott@spplawyers.com

Aria C. Branch
Joshua C. Abbuhl
Branden D. Lewiston
Derek A. Zeigler
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
abranch@elias.law
jabbuhl@elias.law
blewiston@elias.law
dzeigler@elias.law

*Counsel for Proposed Intervenors the Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando*

2

## CERTIFICATE OF SERVICE

      I certify that on this 20th day of November 2025, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

                                                  */s/ Sarah S. Prescott*
                                                  Sarah S. Prescott