UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOCELYN BENSON, et al.,

    Defendants.
_____/

Case No. 1:25-cv-01148-HYJ-PJG

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Proposed Defendant-Intervenors Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando's Motion for Leave to File a Reply Brief in Support of Proposed Defendant-Intervenors' Motion to Intervene, **IT IS ORDERED** that the motion (ECF No. 29) is **GRANTED**. The Clerk of Court is directed to accept the proposed reply (ECF No. 29-1) for filing.

IT IS SO ORDERED.

Dated:  November 25, 2025

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    Chief United States District Judge