## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

JOCELYN BENSON in her official capacity as Secretary of the State of MICHIGAN and the STATE OF MICHIGAN.

    *Defendants*.

Case No. 1:25-cv-01148-HYJ-PJG

**PROPOSED INTERVENOR-DEFENDANT LEAGUE OF WOMEN VOTERS OF MICHIGAN'S MOTION FOR LEAVE TO FILE MOTION TO DISMISS**

Proposed Intervenor-Defendant League of Women Voters of Michigan ("LWVMI") respectfully moves this Court for leave to file the attached Proposed Motion to Dismiss and Memorandum in Support of Proposed Motion to Dismiss. The bases of this motion are as follows:

1. Plaintiff filed suit on September 25, 2025. ECF No. 1.

2. On October 27, this Court granted Defendants' unopposed motion to extend their deadline to file a responsive pleading to November 12. ECF Nos. 11, 15. On November 12, the Court granted Defendants' unopposed motion to extend that deadline to November 26. ECF No. 25.

3. On October 30, Proposed Intervenor-Defendant LWVMI moved to intervene. ECF No. 17.

4. LWVMI explained in its motion that it will participate in this litigation on any timeline set by the Court. ECF No. 17 at 15.

5. As required, LWVMI submitted a Proposed Answer along with its motion to intervene. ECF No. 17-1; *see* Fed. R. Civ. P. 24(c).

6. The Court has not yet acted on LWVMI's motion to intervene.

7. Although the Court has yet to grant LWVMI's motion to intervene, it should nonetheless grant leave to file the Motion to Dismiss.

8. Should the Court grant intervention, LWVMI will be "entitled to litigate fully on the merits," including through seeking dismissal. Wright & Miller, Federal Practice and Procedure § 1920 (3d ed. 2021).

9. As such, both this Court and the Sixth Circuit have found that courts may accept motions to dismiss from proposed intervenors. *See League of Women Voters of Mich. v. Johnson*, 902 F.3d 572, 580 (6th Cir. 2007); *Dubay v. Wells*, 506 F.3d 422, 427 (6th Cir. 2007) (same); *Donald J. Trump for President, Inc. v. Benson*, No. 1:20-cv-1083, 2020 WL 8573863, at *2 (W.D. Mich. Nov. 17, 2020).

10. Other courts have similarly accepted proposed motions to dismiss from proposed intervenors. *See Meriwether v. Trustees of Shawnee State Univ.*, No. 1:18-cv-753, 2019 WL 2052110, *13 (S.D. Ohio May 9, 2019); *Dumont v. Lyon*, No. 17-CV-13080, 2018 WL 8807229, at *9 (E.D. Mich. Mar. 22, 2018).

11. Permitting LWVMI to file the Proposed Motion to Dismiss concurrent with the Defendants filing their responsive pleading promotes judicial efficiency, as it will ensure that LWVMI's Motion to Dismiss will be before the Court on the same schedule as any related motion from the Defendants or any other party, and permit the Court to receive briefing on a unified schedule. *See Donald Trump for President*, 2020 WL 8573863, at *3 (granting motion to intervene, accepting proposed motion to dismiss, and requiring simultaneous responses to all motions to dismiss). LWVMI remains committed to following the existing deadlines in this case and not causing undue delay.

12. Conversely, requiring LWVMI to wait to file until intervention is granted will result in piecemeal filings on related issues, delaying the ultimate resolution of this case.

13. Pursuant to Local Rule 7.1(d)(ii), prior to filing, counsel for LWVMI emailed counsel for the parties, asking their respective clients' positions on this motion. Counsel for the Plaintiff stated on November 24 that Plaintiff opposes the motion. Counsel for the Defendants stated on November 25 that Defendants do not oppose the motion.

**CONCLUSION**

For the reasons stated above, Proposed-Intervenor Defendant League of Women Voters of Michigan respectfully requests that this Court accepts for filing the attached Proposed Motion to Dismiss and Memorandum in Support of the Proposed Motion to Dismiss.

Dated: November 25, 2025                    Respectfully submitted,

*/s/Renata O'Donnell*

Brent Ferguson (NY4890620)
Daniel S. Lenz (WI1082058)
Sejal Jhaveri (NY5396304)
Renata O'Donnell (NY5767561)
Heather Szilagyi (DC90006787)
Alexis Grady (DC90017620)
Kate Hamilton (DC90006168)
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org

rodonnell@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Mark Brewer (P35661)
Goodman Acker P.C.
Two Towne Square, Suite 444
Southfield, Michigan 48076
MBrewer@goodmanacker.com

Maura Eileen O'Connor*
Brennan Center for Justice
at NYU School of Law
777 6th St., NW, Ste. 1100
Washington, DC 20002
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Andrew B. Garber (NY5684147)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
garbera@brennan.law.nyu.edu

* *Application for Western District of Michigan
Admission Forthcoming*


*Counsel for Proposed Intervenor-Defendant League
of Women Voters of Michigan*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 25th day of November 2025, I caused to be served a copy of the

above document on all counsel of record and parties via the ECF system.

/s/ *Renata O'Donnell*
Renata O'Donnell