UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:25-cv-01148 |
| v | HON. HALA Y. JARBOU |
| JOCELYN BENSON, in her official capacity as Secretary of State of Michigan and the STATE OF MICHIGAN, | MAGISTRATE JUDGE PHILLIP J. GREEN |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, Secretary of State Jocelyn Benson and State of Michigan, by counsel, move this Court to dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(6) for the reasons stated in the accompanying brief.

Pursuant to W.D. Mich. L.R. 7.1(d), counsel for Defendants contacted counsel for Plaintiff via email on November 25, 2025, to seek concurrence in the motion. Plaintiff's counsel did not concur in the motion.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants Benson and State of Michigan
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email:  meingasth@michigan.gov

Dated:  November 26, 2025       (P55439)

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                            *s/Heather S. Meingast*
                                            Heather S. Meingast (P55439)
                                            P.O. Box 30736
                                            Lansing, Michigan 48909
                                            517.335.7659
                                            Email:  meingast@michigan.gov
                                            P55439