# EXHIBIT B

**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC 20530*

August 8, 2025

Via Mail and Email
The Honorable Jocelyn Benson
c/o Legal Services Administration
Office of the Secretary of State
430 W. Allegan St.
Richard H. Austin Building, 4th Floor
Lansing, MI 48918
secretary@michigan.gov; crainek@michigan.gov

Dear Secretary Benson and Chief Legal Director Craine,

Please allow this letter to reply to your email dated August 4, 2025, responding to the U.S. Department of Justice's July 21, 2025 letter, calling for a series of information and records disclosures pursuant to the NVRA.

The request for another 88 days to respond to the Justice Department with information that should already be readily available to the Secretary of State is not acceptable. For example, process questions such as in Question 2, "Please explain Michigan's process for determining when to send a confirmation notice to an active registered voter," are answerable now. Accordingly, please provide those responses by August 18, 2025.

Similarly, the electronic copy of the statewide voter registration list is readily available to you. Accordingly, we request an unredacted statewide voter registration list by August 18, 2025 as well. As you know, Section 8(i) of the NVRA requires states to make available "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i).

We recognize, however, that other responses may take more time. As such, we are willing to give the Secretary of State until Monday, September 8, 2025, to respond to the other requests. If

you have any questions, please contact Tim Mellett, Deputy Chief, Voting Section, at 202-307-6262 or timothy.f.mellett@usdoj.gov.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

cc: Johnathan Brater
Director, Bureau of Elections
430 W. Allegan St.
Richard H. Austin Building, 1st Floor
Lansing, MI 48918
BraterJ@michigan.gov