IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>Defendants. | Case No. 1:25-cv-1148-HYJ-PJG<br><br>Hon. Hala Y. Jarbou |

## DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF AND INCORPORATED BRIEF IN SUPPORT

The Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae. The DNC is the oldest continuing party committee in the United States, and its purposes and functions are to communicate the Democratic Party's position on issues, protect voters' rights, and aid the election of Democratic candidates nationwide, including by organizing citizens to register to vote and cast ballots in favor of Democratic candidates.

This Court should exercise its discretion to allow the DNC to file an amicus brief. "The Federal Rules of Civil Procedure do not address motions for leave to appear as amicus curiae in a federal district court." *Kollaritsch v. Mich. State Univ. Bd. of Trs.*, No. 1:15-cv-1191, 2017 WL 11454764, at *1 (W.D. Mich. Oct. 30, 2017); *cf.* Fed. R. App. P. 29(b)(2); S. Ct. R. 37. Nonetheless, this Court has the "inherent authority to appoint *amici curiae* to assist it in a proceeding." *United States v. Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987). Courts may accept an amicus brief "upon a finding that the proffered information of amicus is timely, useful,

or otherwise necessary to the administration of justice." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991).  Ultimately, participation as an amicus is a "privilege within the sound discretion of the courts." *Id.* at 165; *see also Kollaritsch*, 2017 WL 11454764, at *1.

In this case, the U.S. Department of Justice demands a copy of the State of Michigan's complete, unredacted voter file, which includes the personal identifying information of more than 770,000 voters readily identifiable as having affiliated with the Democratic Party in the 2024 Presidential Primary.  This demand forces citizens who favor Democratic candidates to choose between democratic participation and data privacy.  Conditioning the right to vote on the release of private information "creates an intolerable burden on that right." *Project Vote/Voting for America, Inc. v. Long*, 682 F.3d 331, 339 (4th Cir. 2012).  In turn, the DNC has a significant protectable interest in the success of Democratic candidates, and pressure on citizens who favor Democratic candidates to avoid registration or to remove themselves from the voter rolls would impose an intolerable burden on that interest. *See, e.g.*, *Paher v. Cegavske*, No. 3:20-cv-243, 2020 WL 2042365, at *3 (D. Nev. Apr. 28, 2020).

The DNC would also offer substantial expertise concerning the statutes at issue: Title III of the Civil Rights Act of 1960 (Title III), 52 U.S.C. §§ 20701-06, the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. §§ 20501-11, and the Help America Vote Act of 2002 (HAVA), 52 U.S.C. §§ 20901-21145.  The DNC routinely litigates matters under both the NVRA and HAVA.  *See, e.g.*, *Republican Nat'l Comm. v. N.C. State Bd. of Elections*, No. 5:24-cv-547 (E.D.N.C.) (HAVA); *Mi Familia Vota v. Fontes*, No. 2:22-cv-509 (D. Ariz.) (NVRA).  More broadly, the DNC regularly works with state election officials to ensure that elections are conducted in a free, fair, and lawful manner and relies on the document retention requirements at

the heart of Title III.  *See generally* Order, *United States v. Oregon*, No. 6:25-cv-1666 (D. Or. Nov. 21, 2025), ECF No. 38 (granting DNC leave to file amicus brief in related case).

The DNC respectfully requests that this Court grant it leave to file an amicus brief in this matter.  A proposed amicus brief is attached hereto.

Respectfully submitted,

/s/ *Scott R. Eldridge*  
Scott R. Eldridge (P66452)  
Miller Canfield PLC  
123 West Allegan Street, Suite 200  
Lansing, MI 48933  
(517) 487-2070  
eldridge@millercanfield.com  

/s/ *Daniel J. Freeman*  
Daniel J. Freeman  
Democratic National Committee  
430 South Capitol Street SE  
Washington, DC 20003  
(202) 863-8000  
freemand@dnc.org  

Dated: December 1, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

/s/ *Scott R. Eldridge*
Scott R. Eldridge (P66452)