IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN, <br><br> Defendants. | Case No. 1:25-cv-1148-HYJ-PJG <br><br> Hon. Hala Y. Jarbou |

**DEMOCRATIC NATIONAL COMMITTEE'S CERTIFICATE OF CONCURRENCE REGARDING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

Pursuant to Local Civil Rule 7.1(d), counsel for the Democratic National Committee (DNC) hereby certifies that they have communicated with counsel of record for Plaintiff and Defendants about the DNC's desire to file an amicus brief in this matter and to seek their concurrence in the DNC's motion for leave to file an amicus brief. Counsel for Plaintiff indicated that Plaintiff does not take a position on the DNC's motion, and counsel for Defendants indicated that Defendants neither support nor oppose the DNC's motion.

Respectfully submitted,

| | |
|---|---|
| /s/ *Scott R. Eldridge* <br> Scott R. Eldridge (P66452) <br> Miller Canfield PLC <br> 123 West Allegan Street, Suite 200 <br> Lansing, MI 48933 <br> (517) 487-2070 <br> eldridge@millercanfield.com | /s/ *Daniel J. Freeman* <br> Daniel J. Freeman <br> Democratic National Committee <br> 430 South Capitol Street SE <br> Washington, DC 20003 <br> (202) 863-8000 <br> freemand@dnc.org |

Dated: December 1, 2025