UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                               Case No. 1:25-cv-1148

v.

                               Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

      Defendants.

_____/

## ORDER

In accordance with the opinion issued this date:

**IT IS ORDERED** that the Michigan Alliance for Retired Americans, Donald Duquette, and Keely Crimando's motion to intervene as defendants (ECF No. 5) is **GRANTED**.  The Clerk of Court is directed to enter the intervenors' proposed motion to dismiss (ECF No. 23) on the docket.

**IT IS FURTHER ORDERED** that the League of Women Voters of Michigan's motion to intervene as a defendant (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the League of Women Voters of Michigan's motion for leave to file a motion to dismiss (ECF No. 34) is **DENIED as moot**.

Dated: December 9, 2025

                               /s/ Hala Y. Jarbou
                               HALA Y. JARBOU
                               CHIEF UNITED STATES DISTRICT JUDGE