# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:25-cv-1148-HYJ-PJG<br><br>Hon. Hala Y. Jarbou<br><br>ORAL ARGUMENT REQUESTED |

**INDEX OF EXHIBITS TO INTERVENOR-DEFENDANTS MICHIGAN ALLIANCE FOR RETIRED AMERICANS, DONALD DUEQUETTE, AND KEELY CRIMANDO'S MOTION TO DISMISS**

| Exhibit No. | Description |
|---|---|
| Exhibit A | Letter from DOJ to Secretary of State Jocelyn Benson (July 21, 2025) |
| Exhibit B | Letter on behalf of Secretary of State Jocelyn Benson to DOJ (Sept. 2, 2025) |
| Exhibit C | Letter on behalf of Secretary of State Jacelyn Benson to DOJ (Sept. 9, 2025) |