# Exhibit A

**U.S. Department of Justice**

Civil Rights Division

---

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 21, 2025

<u>Via Mail and Email</u>

The Honorable Jocelyn Benson
Secretary of State
430 W. Allegan St.
Richard H. Austin Building – 4th Floor
Lansing, MI 48918
secretary@michigan.gov

Dear Secretary of State Benson:

 We write to you as the chief election official for the State of Michigan to request information regarding the State's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq.*, and the voter verification requirements of the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C. § 20901 *et seq*.

 Please provide a list of the election officials who are responsible for implementing Michigan's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the State's list maintenance program has been properly carried out in full compliance with the NVRA. Please include both the actions taken by Michigan officials as well as local election officials.

 The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

 Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

> The current electronic copy of Michigan's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of HAVA. Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how

> a voter record is coded into the statewide voter registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. In the most recent EAVS report, the State's response to Question A1b suggests the number of registered voters listed as active is nearly the same as the State's citizen voting age population. Using the 2023 American Community Survey One-Year estimates, the State's 2024 registration rate was 95.1 percent of the citizen voting age population. Please explain what actions the State is taking to ensure that voters who should not be on the statewide voter registration list are being removed.

2. In the EAVS data for Questions A10a and A1b, Michigan reported that it sent 330,598 confirmation notices out of 8,440,236 total active registered voters. Michigan sent confirmation notices to 4.5 percent of total active registered voters in the state. The national average is 19.5 percent.  Please explain Michigan's process for determining when to send a confirmation notice to an active registered voter.

3. The EAVS data for Question A12a reports that Michigan removed 357,708 voters (4.2 percent of registered voters) from the statewide voter registration list, while the national average was 9.1 percent. Please explain what actions the State is taking to remove ineligible voters from its statewide voter registration list.

4. In the EAVS data for Question A12e, Michigan reported that it removed only 96,900 voters for failure to respond to a sent confirmation notice and not voting in the two most recent federal elections. Please explain how Michigan uses the confirmation notice process to remove voters from the statewide voter registration list.

5. The EAVS data for Question A3d reflects that Michigan reported 1,869,580 duplicate registrations, which was 45.7 percent of all of the registration transactions received by Michigan. Please explain why duplicate registrations comprise such a high number of all registration transactions in Michigan.

6. Neither the State nor any of the counties provided a response to Question A12h regarding how many duplicate records were removed from the statewide voter registration list. Please identify how many registration records were removed from the statewide voter registration list by the State and counties because they were identified as duplicate registrations. If such registrations were merged or linked with another record, please provide that information. If duplicate registrations are not removed or merged, explain what happens to the duplicate registrations. Additionally, please explain the State's process for determining whether a record is a duplicate registration and how often the State and counties search for duplicate registrations on the voter registration list.

2

      Potentially related to the concerns about duplicate voter registrations, the Department has received a complaint that alleges that Michigan is not compliant with HAVA's unique voter identification requirement in 52 U.S.C. § 21083(a). The complaint alleges that Michigan's Qualified Voter File assigns multiple identifiers to individual voters, with different identifiers used by the Secretary of State's Bureau of Elections office and local clerks. The complaint also alleges that Michigan does not require a driver's license number when registering to vote if the applicant has one. Please explain Michigan's practice for assigning an identifier under 52 U.S.C. § 21083(a), whether Michigan and its local jurisdictions use multiple identifiers for registered voters, and whether voter registration applicants are required to provide their driver's license number if they have one.

      Please provide a description of the steps that Michigan has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures Michigan used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen
2. Adjudicated incompetent
3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

      Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

      Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

_____
Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

cc: Jonathan Brater
    Director, Bureau of Elections
    430 W. Allegan St.
    Richard H. Austin Building – 4th Floor
    Lansing, MI 48918
    braterj@michigan.gov