UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No. 1:25-cv-01148-HYJ-PJG

JOCELYN BENSON in her official capacity as Secretary of the State of MICHIGAN and the STATE OF MICHIGAN.

    Defendants.
_____/

## MOTION TO EXTEND RULE 16 SCHEDULING CONFERENCE

The United States of America, through the Attorney General moves to extend the Rule 16 scheduling conference past the adjudication of the Motion to Dismiss in this case. The United States believes that the Motion to Dismiss will be dispositive in this case. Furthermore, the United States will be substituting in a new Trial Attorney next week on this case. *See* Attached Declaration of Eric Neff.

Defendants and Intervenors have stated they would not object to such a motion.[1]

---

[1] Both Defendants and Intervenors still maintain that the motion to dismiss would be dispositive only if the motion is granted, and that a denial of the motion to dismiss would not be dispositive of this lawsuit.

1

Dated: December 23, 2025

        Respectfully Submitted,

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        <u>/s/ Eric Neff</u>
        ERIC V. NEFF
        Acting Chief, Voting Section
        Civil Rights Division
        150 M St. NE, Ste 8-139
        Washington, DC 20009
        Eric.Neff@usdoj.gov
        Tel. (202) 307-2767
        Attorneys for the United States