## ATTACHED DECLARATION OF ERIC NEFF

I, Eric Neff, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am a career attorney in the Voting Section of the Civil Rights Division of the Department of Justice.
2. From the commencement of this action to this date, I have been and am the assigned Trial Attorney to this case.
3. At the end of this week, the Acting Chief of the Voting Section will be retiring. Upon her retirement, I will be assuming her role and all the administrative duties that come with it.
4. As a result, this case will be assigned to another trial attorney within the Section. That attorney has yet to be named.
5. I expect to name a new Trial Attorney before the end of the year.
6. I further expect the Motion to Dismiss will be dispositive in this matter. Thus, for judicial efficiency, I propose moving the Rule 16 conference to after the disposition of that motion, should it be necessary.

I declare under penalty of perjury that the above statements are true and correct.

Dated: December 23, 2025 at Washington DC.

/s/ Eric Neff<br>
ERIC V. NEFF