UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

   Plaintiff,        Case No. 1:25–cv–01148–HYJ–PJG

  v.             Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

   Defendants.
_____/


**ORDER**

   The Court having reviewed the Government's unopposed Motion to Extend Rule 16 Scheduling Conference, **IT IS ORDERED** that the motion (ECF No. 52) is **GRANTED IN PART** and **DENIED IN PART**. A notice rescheduling the Rule 16 Scheduling Conference will be issued.

   IT IS SO ORDERED.


Dated: December 27, 2025      _/s/ Hala Y. Jarbou_____
                HALA Y. JARBOU
                Chief United States District Judge