UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:25−cv−01148−HYJ−PJG

v.                                      Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

        Defendants.
_____/

## ORDER RESCHEDULING RULE 16 CONFERENCE

The Rule 16 Conference set in this matter for December 29, 2025 is rescheduled to February 25, 2026 at 11:00 AM with Magistrate Judge Phillip J. Green, by video. The joint status report has been filed. In all other respects, the original Order Setting Scheduling Conference remains in effect.

IT IS SO ORDERED.

Dated:  December 29, 2025                /s/ Phillip J. Green
                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge