UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,          Case No. 1:25−cv−01148−HYJ−PJG

v.         Hon. Hala Y. Jarbou

JOCELYN BENSON, et al.,

        Defendants.
_____/

## ORDER REJECTING PLEADING

        The Court has examined the following document(s) received December 26, 2025 and orders the Clerk to reject the Letters and return the document(s) to Helena Nunn and others for the reason(s) noted below:

        Helena Nunn and others is neither a party nor an attorney in this case and, therefore, may not submit any documents for filing.

        IT IS SO ORDERED.

Dated: January 7, 2026         /s/ Phillip J. Green
        PHILLIP J. GREEN
        U.S. Magistrate Judge