# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State; and the STATE OF MICHIGAN,<br><br>　　　　　　Defendants. | Civil Case No.: 1:25-cv-1148-HYJ-PJG<br><br>**RULE 7.1(D) CERTIFICATE OF CONCURRENCE REGARDING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE** |

Pursuant to Local Rule 7.1(d), I hereby certify that counsel for *Amici* Former Employees of the U.S. Department of Justice ("Former Employees") contacted counsel for the parties seeking their positions on the Former Employees' motion for leave to file a brief *amici curiae*. Counsel for Plaintiff and for Defendants-Intervenors take no position, and Counsel for Defendants does not oppose the motion.

.

Dated: February 3, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Megan K. Smith

　　　　　　　　　　　　　　　　　　　　　　Megan K. Smith
　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　1999 Avenue of the Stars
　　　　　　　　　　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-6035
　　　　　　　　　　　　　　　　　　　　　　(310) 246-8574
　　　　　　　　　　　　　　　　　　　　　　megansmith@omm.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for* Amici Curiae *Former Employees of the U.S. Department of Justice*