UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOCELYN BENSON and the STATE OF MICHIGAN,

    Defendants.

_____/

Case No. 1:25-cv-1148

Hon. Hala Y. Jarbou

**JUDGMENT**

In accordance with the opinion and order issued February 10, 2026:

    **IT IS ORDERED** that Plaintiff's case is **DISMISSED**.

Dated: February 23, 2026          /s/ Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE