UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOCELYN BENSON in her official capacity as Secretary of the State of MICHIGAN and the STATE OF MICHIGAN.

    Defendants.

_____/

Case No. 1:25-cv-01148-HYJ-PJG

Hon. Hala Jarbou

Notice of Appeal

## Notice of Appeal

Plaintiff United States appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion and Order (Docs. 67-68), granting defendants' and defendant-intervenors' motions to dismiss, entered in this action on February 10, 2026; and from this Court's Judgment (Doc. 69), entered in this action on February 23, 2026.

Dated: February 25, 2026 	Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


/s/ Eric Neff
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
150 M St. NE, Ste 8-139
Washington, DC 20009
Eric.Neff@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Eric Neff
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
150 M St. NE, Ste 8-139
Washington, DC 20009
Eric.Neff@usdoj.gov
Tel. (202) 307-2767
Attorneys for the United States