# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 27, 2026

Mr. Eric Neff
U.S. Department of Justice (CIV-Voting Section)
150 M Street NE
Suite 8-139
Washington, DC 20002

    Re: Case No. 26-1225
         *USA v. Jocelyn Benson, et al*
         Originating Case No. 1:25-cv-01148

Dear Counsel,

   This appeal has been docketed as case number **26-1225** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 13, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

               Appellant:    Appearance of Counsel
                              Civil Appeal Statement of Parties & Issues
                              Disclosure of Corporate Affiliations
                              Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:    Appearance of Counsel
                            Disclosure of Corporate Affiliations
                            Application for Admission to 6th Circuit Bar (if applicable)

    If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                                      Sincerely yours,

                                                      s/Kelly Stephens

                                                      Appeal Case Manager: Roy
                                                      Direct Dial No. 513-564-7016

cc: Mr. Erik A. Grill
    Ms. Heather S. Meingast
    Ms. Renata O'Donnell
    Ms. Sarah S. Prescott

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 26-1225

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

JOCELYN BENSON, in her official capacity as Secretary of the State of Michigan; STATE OF MICHIGAN

        Defendants - Appellees

LEAGUE OF WOMEN VOTERS OF MICHIGAN; MICHIGAN ALLIANCE FOR RETIRED AMERICANS; DONALD DUQUETTE; KEELY CRIMANDO

        Intervenors - Appellees